IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-223 T

(Judge Charles F. Lettow)

CURTIS L. IVEY and DORIS W. IVEY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

Pursuant to the Court's Orders dated April 19, 2005, and August 24, 2006, the parties provide the following status report:

1. This case has been suspended since April 19, 2005, pending a final decision in *Robert J. Isler and Susan L. Isler v. United States*, Fed. Cl. No. 01-344 T and *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T. The stay in this case will automatically terminate on May 22, 2007.

With respect to this case and/or *Charles M. Schnepp and Harriett A. Schnepp v. United States*, Fed. Cl. No. 04-1709 T, *Walter S. Roberts and Patricia J. Roberts v. United States,* Fed. Cl. No. 05-564 T, *Lawrence R. McCann and Cecil McCann v. United States*, Fed. Cl. No. 06-216 T, *Jerome C. Jewell v. United States*, Fed. Cl. No. 06-228 T, or *James H. Epps and Arbelia Epps v. United States*, Fed. Cl. No. 06-615 T, this status report also provides updates on: *Ronald C. Prati and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T; *Kenneth C. Keener v. United*

*States*, Fed. Cl. No. 03-2028 T; *William P. Smith, Jr. and Anne D. Smith v. United States,* Fed. Cl. No. 04-907 T; *Donald L. Dismore and Bettye G. Dismore v. United States*, Fed. Cl. No. 04-1787 T; and *John F. and Pamela F. Hinck v. United States,* Fed. Cl. No. 03-865 T.

2. On October 8, 2004, the Court heard oral argument in *Isler, Scuteri,* and *Prati*. The United States filed an additional motion for partial dismissal in *Isler* on December 12, 2005, in *Scuteri* on February 3, 2006, and in *Prati* on June 2, 2006. Plaintiffs filed their responses in *Isler* and *Scuteri* on July 17, 2006, and their response in *Prati* on July 18, 2006. The United States filed its replies on August 28, 2006. On September 29, 2006, defendant filed an additional/alternative ground in support of its motion for partial dismissal in all three cases. Plaintiffs filed their responses on November 13, 2006, and the United States filed its replies on November 30, 2006. Oral argument on all pending dispositive motions is currently scheduled for May 1, 2007.

3. On September 14, 2004, the Court heard oral argument in *Hinck*, and, pursuant to an opinion issued February 3, 2005, this Court dismissed the complaint in *Hinck.* On May 4, 2006, the Federal Circuit affirmed this Court's dismissal of the complaint. *See Hinck v. United States*, 446 F.3d 1307 (Fed. Cir. 2006). The Federal Circuit held that 26 U.S.C. § 6404(h) grants exclusive subject matter jurisdiction to the Tax Court to review the IRS's denials of interest abatement, and therefore the Court of Federal Claims lacks subject matter jurisdiction to do the same. Under the Federal Circuit's decision, the Court lacks subject matter jurisdiction over the interest abatement claims in *Lawrence R. McCann and Cecil McCann v. United States*, Fed. Cl. No. 06-216 T and *James H. Epps and Arbelia Epps v. United States*, Fed. Cl. No. 06-615 T.

On January 12, 2007, the Supreme Court granted certiorari to review the Federal

Circuit's decision in *Hinck*. *See Hinck v. U.S.*, 127 S. Ct. 1055 (2007). Accordingly, the parties continue to propose the Court wait until final appellate action, before dismissing the interest abatement claims in *McCann* and *Epps*.

4. *Keener* and *Smith* were consolidated on August 11, 2005, for briefing of dispositive motions, and the United States filed a motion for partial dismissal in *Keener* and *Smith* on November 4, 2005. On February 21/22, 2006, plaintiffs filed their response and a partial motion for summary judgment. On May 5, 2006, defendant filed a response to plaintiffs' summary judgment motion, and, on May 10, 2006, a reply to plaintiffs' response. On August 14, 2006, defendant filed an additional/alternative ground in support of its motion for partial dismissal, plaintiffs filed their response on September 23, 2006, and defendant filed its reply on October 17, 2006. On November 16, 2006, the Court held oral argument on defendant's motion to dismiss.

5. In *Dismore*, the United States filed a motion to dismiss one of plaintiffs' two claims on January 6, 2006. Plaintiffs filed their response on March 7, 2006, and the United States filed its reply on March 28, 2006. Oral argument was held on the motion on June 9, 2006. The parties submitted post-oral argument supplemental briefs on July 14, 2006. Plaintiffs filed a motion to amend their complaint on July 14, 2006, which the Court granted, thereby mooting the briefing and argument. On December 1, 2006, discovery on plaintiffs' remaining claim was stayed in anticipation of summary judgment briefing. Defendant filed its motion for summary judgment on March 30, 2007.

6. Pursuant to the Court's Order [Doc. #13], the parties will file the next status report on or before May 23, 2007, the day after the stay entered in this case automatically

terminates.

7. Plaintiffs' attorney has authorized defendant's attorney to sign this motion on her behalf.

Respectfully submitted,

4/04/07 s/Teresa Jean Womack by s/Bart D. Jeffress
Date TERESA JEAN WOMACK
Redding & Associates, P.C.
P.O. Box 924328
Houston, Texas 77292-4328
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

4/04/07 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

4/04/07 Steven I. Frahm
Date Of Counsel

Attorneys for Defendant