IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-223T

(Filed: May 31, 2007)

CHARLES L. IVEY & DORIS W. IVEY,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pursuant to this court's order of August 24, 2006, the stay entered in this case on April 19, 2005, automatically terminated on May 22, 2007.

In the order of August 24, 2006, the court requested that the parties file a joint status report on or before May 22, 2007, proposing a schedule for future proceedings. The court acknowledges the parties' joint status report, filed on May 23, 2007. The court adopts the parties' suggestion that the defendant shall file its answer or other response to the plaintiffs' complaint on or before July 23, 2007.

A status conference is scheduled for August 9, 2007 at 2:00 p.m. EDT. The status conference will take place by telephonic means. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge