IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-223 T
(Judge Charles F. Lettow)

CHARLES L. IVEY and DORIS W. IVEY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

MOTION OF THE UNITED STATES FOR ENLARGEMENT OF TIME

The United States respectfully moves the Court for an enlargement of time of 45 days, from July 23, 2007, to and including September 6, 2007, within which to file its answer or other response to plaintiffs' complaint. This is the first enlargement requested for this purpose. Plaintiffs' counsel has advised that plaintiffs have no objection to the enlargement of time.

In support of this motion, defendant represents that the case was recently reassigned to the undersigned attorney of record due to the staffing needs of the Tax Division of the Department of Justice. The new attorney will need time to become familiar with the case and to compose an answer or motion to dismiss. Given the complexity of the legal and jurisdictional issues raised by the plaintiffs' complaint, it is expected that this process will take the amount of time requested.

Respectfully submitted,

s/Karen Servidea
KAREN SERVIDEA
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*

s/Steven I. Frahm
Of Counsel

July 18, 2007