IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-223T

(Filed: July 30, 2007)

CHARLES L. IVEY & DORIS W. IVEY,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's unopposed motion for an extension of time within which to file its answer or other response to plaintiffs' complaint. The government asks that it be permitted to file its answer or other response on or before September 6, 2007. The government avers that this extension is necessary due to the government's change of counsel.

The government's motion is GRANTED. The government shall file its answer or other response to plaintiffs' complaint on or before September 6, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge