IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-223T

(Filed: August 23, 2007)

CHARLES L. IVEY & DORIS W. IVEY,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges the parties' filing of a joint status report on August 21, 2007, as requested by this court's Orders of August 24, 2006, and April 19, 2005.

In the report, the parties have included a joint motion to extend until September 27, 2007, the time within which the government may answer or otherwise respond to the complaint. The parties also propose to file a joint status report on or before September 14, 2007.

The joint motion is GRANTED. The parties shall file a joint status report on or before September 14, 2007. The government shall file its answer or other response to plaintiffs' complaint on or before September 27, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Judge