IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CURTIS L. IVEY and, DORIS W. IVEY Plaintiffs, | § § § § | |
| v. | § § | DOCKET NO. 05-223T JUDGE LETTOW |
| UNITED STATES OF AMERICA Defendant. | § § § § § | |

**PLAINTIFFS' VOLUNTARY STIPULATION OF DISMISSAL**

Curtis L. Ivey and Doris W. Ivey, after consultation with counsel, have agreed to voluntarily stipulate to dismiss the above styled and numbered cause of action pursuant to RCFC 41. This matter is not a class action and not subject to RCFC 23. There are no other parties that could or should be joined in this action.

Respectfully,

/s/ Teresa J. Womack

Teresa J. Womack
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, TX 77018
713-965-9244
713-621-5227 (fax)
ATTORNEY FOR PLAINTIFFS

OF COUNSEL FOR PLAINTIFFS:
Of Counsel for Plaintiffs:
Thomas E. Redding
Texas State Bar No. 16661300
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)